UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   PATRICIA SUAREZ                               Case No.: 06-01655


         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/23/2006.

2) This case was confirmed on 05/18/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/14/2008, 05/18/2006.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/05/2008, 11/12/2009, 10/06/2010.

5) The case was dismissed on 06/23/2011.

6) Number of months from filing to the last payment:  63

7) Number of months case was pending:  67

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    19,850.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.


**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 6,415.00 |
| Less amount refunded to debtor | $ | 113.12 |
| **NET RECEIPTS** | $ | 6,301.88 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,741.20 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 380.69 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,121.89 |
| Attorney fees paid and disclosed by debtor | $ | 258.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC MORTGAGE SVCS I | SECURED | 148,023.00 | 155,310.89 | .00 | .00 | .00 |
| A & S COLLECTION AGE | UNSECURED | 175.82 | NA | NA | .00 | .00 |
| AMERICAN MARKETING & | UNSECURED | 622.31 | NA | NA | .00 | .00 |
| AMSHER COLLECTION SE | UNSECURED | 234.26 | NA | NA | .00 | .00 |
| ARC LINCOLN PARK | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 943.24 | NA | NA | .00 | .00 |
| BERWYN EMER PHYSICIA | UNSECURED | 342.00 | NA | NA | .00 | .00 |
| CLINICAL CARDIOLOGY | UNSECURED | 2,071.77 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 571.38 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 295.00 | NA | NA | .00 | .00 |
| ELITE RECOVERY | UNSECURED | 551.60 | NA | NA | .00 | .00 |
| GOOD SAMARITAN HOSPI | UNSECURED | 917.00 | NA | NA | .00 | .00 |
| GROVE MEDICLA ASSOCI | UNSECURED | 23.72 | NA | NA | .00 | .00 |
| GROVE MEDICLA ASSOCI | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| GT DIRECT | UNSECURED | 31.85 | NA | NA | .00 | .00 |
| GUTHY-RENKER | UNSECURED | 67.85 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 5,257.00 | NA | NA | .00 | .00 |
| HSBC/CARSONS | UNSECURED | 234.00 | NA | NA | .00 | .00 |
| HSTN FUNDING | UNSECURED | 607.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTIONS | UNSECURED | 1,607.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTIONS | UNSECURED | 126.44 | NA | NA | .00 | .00 |
| LAKE SHORE NEUROLOGY | UNSECURED | 55.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LDG FINANCIAL SERVIC | UNSECURED | 1,317.49 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY ME | UNSECURED | 22,057.96 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY ME | UNSECURED | 3,630.00 | NA | NA | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | 4,149.25 | NA | NA | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | 326.43 | NA | NA | .00 | .00 |
| MAYO CLINIC | UNSECURED | 73.80 | 73.80 | 73.80 | .00 | .00 |
| MED BUSINESS BUR | UNSECURED | 860.00 | NA | NA | .00 | .00 |
| MED BUSINESS BUR | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 112.70 | NA | NA | .00 | .00 |
| METROPOLITAN ADVANCE | UNSECURED | 534.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,764.00 | NA | NA | .00 | .00 |
| MIDWEST HEART SPECIA | UNSECURED | 1,381.00 | 1,381.00 | 1,381.00 | 219.80 | .00 |
| NCC COLLECTIONS | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 935.02 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 433.90 | NA | NA | .00 | .00 |
| NEUROMED CLINIC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 97.00 | 352.95 | 352.95 | 46.37 | .00 |
| NICOR GAS | UNSECURED | 1,220.13 | NA | NA | .00 | .00 |
| NORTH SHORE | UNSECURED | 26.08 | NA | NA | .00 | .00 |
| NORTH SHORE | UNSECURED | 29.91 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 1,238.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MED FAC | UNSECURED | 211.96 | 670.44 | 670.44 | 98.96 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 2,226.90 | NA | NA | .00 | .00 |
| OMNI CREDIT SERVICES | UNSECURED | 698.11 | NA | NA | .00 | .00 |
| PATENAUDE & FELIX AP | UNSECURED | 2,001.12 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | UNSECURED | 27,757.70 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | UNSECURED | 1,000.00 | 1,671.90 | 1,671.90 | 262.24 | .00 |
| PELLETTIERI & HENNIN | UNSECURED | 544.50 | NA | NA | .00 | .00 |
| PIER 1 IMPORTS | UNSECURED | 968.00 | 698.11 | 698.11 | 101.41 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 8,368.73 | 8,846.11 | 8,846.11 | 1,428.39 | .00 |
| RICHARD R DELLA LAW | UNSECURED | 1,920.17 | NA | NA | .00 | .00 |
| SBC YELLOW PAGES | UNSECURED | 163.55 | NA | NA | .00 | .00 |
| SCS INC | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 1,316.53 | 1,316.53 | 1,316.53 | 206.51 | .00 |
| SOBEL MEDICAL ASSOCI | UNSECURED | 154.50 | NA | NA | .00 | .00 |
| TRS SERVICES | UNSECURED | 637.67 | NA | NA | .00 | .00 |
| UNIVERSAL FIDELITY C | UNSECURED | 35.80 | NA | NA | .00 | .00 |
| VCA BERWYN ANIMAL HO | UNSECURED | 317.77 | NA | NA | .00 | .00 |
| YELLOW BOOK | UNSECURED | 2,454.30 | 3,402.80 | 3,402.80 | 549.46 | .00 |
| HSBC MORTGAGE SVCS I | SECURED | NA | 6,083.68 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,701.40 | 1,701.40 | 266.85 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| Scheduled Creditors:                                                         |
|                                                                              |
| Creditor                  Claim           Claim          Claim      Principal        Int.  |
|   Name          Class   Scheduled       Asserted        Allowed         Paid         Paid  |
|                                                                              |
| METROPOLITAN ADVANCE  UNSECURED     26.00            NA             NA            .00           .00  |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 20,115.04 | 3,179.99 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,121.89 |
| Disbursements to Creditors | $ | 3,179.99 |
| **TOTAL DISBURSEMENTS:** | $ | 6,301.88 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/12/2011                                              /s/ Tom Vaughn
                                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**